## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND,<br><br>        Plaintiff(s),<br><br>  v.<br><br>BUN BUN TRAN, et al.,<br><br>        Defendant(s). | CASE NO. CV07-6091-AHM (PLAx)<br><br>ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated.  Make JS-6.

IT IS SO ORDERED.

Date: February 14, 2008

_____
A. Howard Matz
United States District Court Judge