LAURENCE S. ZAKSON (CSB 119435),
GEORGE A. PAPPY (CSB 34323), and
WILLIAM Y. SHEH (CSB 221275), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
Emails: laurencez@rac-law.com; williams@rac-law.com
Attorneys for Plaintiffs Trustees of the Teamsters Miscellaneous Security Trust Fund

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

TRUSTEES OF THE TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND, in their capacity as fiduciaries for the TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND,

Plaintiffs,

v.

BUN BUN TRAN, LE THI NGUYEN, and DOES 1 through 50,

Defendants.

NO. CV 07-06091 AHM(PLAx)

JUDGMENT AND DISMISSAL

JUDGMENT

GOOD CAUSE APPEARING, IT IS ORDERED that JUDGMENT is hereby entered in favor of Plaintiffs TRUSTEES OF THE TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND (Trustees), in their capacity as fiduciaries for the TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND (Trust) and against Defendant Bun Bun Tran (Tran) only as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any recovery or settlement proceeds received by Tran as a result of the complaint brought in Tran's name in the Superior Court for the State of California in and for the County of San Diego, Case No. 37-2007-00065432-CU-PA-CTL, currently assigned to Department 62 and known as Bun Bun Tran, an individual, by and through his Guardian Ad Litem, Le Thi Nguyen v. Leonel Arrellano, an individual, Brinker International, Inc. d/b/a/ Chili's Restaurant, Inc., a Delaware corporation, Patricia L. Cole, an individual, City of San Diego, a government entity, and Does 1 through 50, inclusive or a settlement related thereto are held subject to a constructive trust and equitable lien in favor of the Trust in the amount of $81,099 only; and

IT IS FURTHER ORDERED that Defendant Le Thi Nguyen is hereby DISMISSED from this action with prejudice;

IT IS FURTHER ORDERED that Trustees are awarded costs of suit in the amount of $645.70, which represents a $350 filing fee plus $295.70 for cost of personal service on Nguyen.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

With this judgment and dismissal, all parties and claims are accounted for and, so, this judgment is final.

SO ORDERED:

DATED: March 13, 2008

HONORABLE. A. HOWARD MATZ